UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN PAYNE,

      Plaintiff,

                                             No. 05-60138
                                             Hon. John Corbett O'Meara

v.

CITY OF INKSTER, et. al.,

      Defendants.

_____/

## ORDER DISMISSING STATE LAW CLAIMS

Plaintiff filed suit against the City of Inkster and numerous police officers. Count I of Plaintiff's claim is based on alleged violations of federal civil rights, pursuant to 42 U.S.C. § 1983. Counts II through VIII allege violations of state law claims: Civil Conspiracy, Intentional Infliction of Emotional Distress, Assault, Conversion, False Imprisonment, Malicious Prosecution, and Gross Negligence. Diversity jurisdiction does not exist. This court declines to exercise supplemental jurisdiction over any alleged state law claims. See United Mine Workers v. Gibbs, 383 U.S. 715 (1966); 28 U.S.C. § 1367(c). Accordingly, pursuant to 18 U.S.C. § 1367(c), Counts II through VIII are **DISMISSED.**

                                s/John Corbett O'Meara
                                John Corbett O'Meara
                                United States District Judge

Dated: August 3, 2005